# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MOHAMED ABDINASIR , SHARIF,** : <br> **A# 208689278,**       : <br>                   **Petitioner** : <br>          v.         : <br>                      : <br> **MARY E. SABOL, THOMAS**   : <br> **DECKER,**             : <br>                      : <br>                   **Respondents** : | **CIVIL ACTION NO. 3:16-CV-2294** <br><br> **(Judge Munley)** |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 23rd day of January 2017, upon consideration of the petition for writ of habeas corpus (Doc. 1) and in accordance with this Court's Memorandum of this date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DISMISSED without prejudice.

2. The Clerk or Court is directed to CLOSE this case.

                                       **BY THE COURT:**

                                       **s/James M. Munley** <br>
                                       **JUDGE JAMES M. MUNLEY** <br>
                                       **United States District Court**